```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 33854
   SCOTT THOMAS COLLINS
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-7979


--------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/13/2004 and was confirmed 11/18/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  46.85% from remaining funds.

     The case was converted to chapter 7 after confirmation 05/28/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
DELL FINANCIAL               SECURED NOT I       .00            .00             .00
DELL FINANCIAL               UNSECURED       2744.29            .00          274.43
GREAT BANK                   SECURED         4764.71        1437.60         4764.71
GREAT BANK                   UNSECURED OTH    929.96            .00           93.00
INTERNAL REVENUE SERVICE     PRIORITY         345.36         129.54          345.36
INTERNAL REVENUE SERVICE     UNSECURED          4.23            .00             .42
AMERICAN GENERAL FINANCE     UNSECURED     NOT FILED            .00             .00
CAPITAL ONE BANK             UNSECURED       2011.43            .00          201.14
CAPITAL ONE BANK             UNSECURED        378.67            .00           37.87
CAPITAL ONE BANK             UNSECURED     NOT FILED            .00             .00
RESURGENT ACQUISITION LL     UNSECURED       4822.14            .00          482.21
ECAST SETTLEMENT CORP        UNSECURED        968.92            .00           96.89
PREMIER BANCARD CHARTER      UNSECURED        269.30            .00           26.93
INTERNATIONAL BANK OF CH     UNSECURED       1762.80            .00          176.28
CHECK N GO                   UNSECURED        475.36            .00           47.54
PAYDAY LOAN STORE            UNSECURED     NOT FILED            .00             .00
PAYDAY LOAN STORE            UNSECURED     NOT FILED            .00             .00
RESURGENT ACQUISITION LL     UNSECURED        440.73            .00           44.07
CITIZENS BANK                UNSECURED       1859.26            .00          195.23
PETER FRANCIS GERACI         DEBTOR ATTY    2,700.00                        2,700.00
TOM VAUGHN                   TRUSTEE                                          653.39
DEBTOR REFUND                REFUND                                             8.39

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE               11,715.00

PRIORITY                                     345.36
    INTEREST                                 129.54
SECURED                                    4,764.71

                   PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 04 B 33854 SCOTT THOMAS COLLINS
```

```
    INTEREST                                                  1,437.60
UNSECURED                                                     1,676.01
ADMINISTRATIVE                                                2,700.00
TRUSTEE COMPENSATION                                            653.39
DEBTOR REFUND                                                     8.39
                                        ----------------  ----------------
TOTALS                                         11,715.00         11,715.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
    Dated: 08/20/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```